**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 1

| Case Number: | 04-62791 CC | Trustee: | Larry J. McClatchey |
|---|---|---|---|
| Case Name: | L.A. PAINTING AND DECORATING INC | Filed (f) or Converted (c): | 08/13/04 (f) |
| | | §341(a) Meeting Date: | 10/07/04 |
| Period Ending: | 06/18/15 | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1991 ECONOLINE VAN | 200.00 | 0.00 | | 0.00 | FA |
| 2 | OFFICE FURNITURE | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Workers Compensation Settlement (u) | 0.00 | 4,151.04 | | 0.00 | 4,151.04 |
| **TOTALS** (Excluding Unknown Values) | | **$400.00** | **$4,151.04** | | **$0.00** | **$4,151.04** |

**Major activities affecting case closing:**  
REPORT NO. 1: Trustee is investigating a Workers Compensation Settlement.

**Initial Projected Date of Final Report (TFR):** October 30, 2005      **Current Projected Date of Final Report (TFR):** September 30, 2015

|  June 18, 2015  | /s/ Larry J. McClatchey |
|---|---|
| Date | Larry J. McClatchey |